MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
REX GARNER, ESQ.
Nevada Bar No. 9401
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  allison.schmidt@akerman.com
Email:  rex.garner@akerman.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>MADEIRA CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01053-RFB-CWH<br><br>**BANK OF AMERICA, N.A.'S STIPULATION AND ORDER FOR COST BOND** |

Plaintiff Bank of America, N.A. and defendant SFR Investments Pool 1, LLC hereby stipulate and agree as follows:

/ /

/ /

{38393847;1}

1

1. Pursuant to NRS 18.130(1) and the request for cost bond filed by SFR as ECF No. 6, BANA shall deposit with the Clerk of the Court a cost bond in the amount of $500 within 14 days of this Order.

DATED this 19th day of July, 2016.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Rex Garner* <br> Melanie D. Morgan, Esq. <br> Nevada Bar No. 8215 <br> Allison R. Schmidt, Esq. <br> Nevada Bar No. 10743 <br> Rex Garner, Esq. <br> Nevada Bar No. 9401 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> *Attorneys for Plaintiff Bank of America, N.A.* | */s/ Diana Cline Ebron* <br> Diana Cline Ebron, Esq. <br> Nevada Bar No. 10580 <br> Jacqueline A. Gilbert, Esq. <br> Nevada Bar No. 10593 <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> *Attorneys for Defendant SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: July 19, 2016

{38393847;1}

2