KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP, and FEDERAL NATIONAL MORTGAGE ASSOCIATION;<br>Plaintiffs,<br>vs.<br>MADEIRA CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br>Defendants. | Case No. 2:16-cv-01053-RFB-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO POST REMAND BRIEF [ECF No. 79]**<br><br>**(FIRST REQUEST)** |

SFR Investments Pool 1, LLC ("SFR"), and Bank of America, N.A. ("BANA"), hereby stipulate and agree that SFR shall have up to and including **March 6, 2023** to file its opposition to post-remand brief [ECF No. 79] which is currently due on February 21, 2023.

The extension is requested because last weekend SFR's counsel had a medical emergency involving her child that necessitated follow-up medical appointments last week. Further appointments are necessary. The parties further agree BANA shall have until March 20, 2023 to file its reply.

///

- 1 -

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 21st day of February, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Scott Lachman* <br> SCOTT LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Karen L. Hanks* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**



RICHARD E. BOULWARE, II
United States District Court

DATED this 22nd day of February, 2023.

- 2 -